IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

VS                                  CR. NO.: 2:20-cr-567-BHH-1

Bryce Carter Studebaker

**PLEA**

The defendant, _Bryce Studebaker_, having withdrawn his plea of Not Guilty entered _3-18-2019_, pleads **GUILTY** to Count(s) _1_ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

July 22, 2022
Charleston, South Carolina